# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED: MAY 22, 2008
08CV2977                    AEE
JUDGE LEINENWEBER
MAGISTRATE JUDGE VALDEZ

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, ET AL.

**Defendant(s):** ALL AMERICAN PLUMBING, INC, an Illinois Corporation

County of Residence: COOK

County of Residence:

Plaintiff's Atty:   Donald D. Schwartz
                    Philip Brzozowski
                    Arnold and Kadjan
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    312-236-0415

Defendant's Atty:

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties
(Diversity Cases Only)
            Plaintiff:- N/A
            Defendant:- N/A

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   791 E.R.I.S.A

VI. Cause of Action:   This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

VII. Requested in Complaint
            Class Action: No
            Dollar Demand:
            Jury Demand: No

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature: _____s/Philip Brzozowski_____

Date:_____May 22, 2008_____