AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

PLAINTIFFS,

V.

ALL AMERICAN PLUMBING, INC.,
an Illinois Corporation

DEFENDANT.

CASE NUMBER:  **08CV2977**

DESIGNATED JUDGE  **JUDGE LEINENWEBER**

DESIGNATED
MAGISTRATE JUDGE:  **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)
    ALL AMERICAN PLUMBING, INC.
    c/o its registered agent, John J. Hoscheit
    1001 E. Main Street, Ste. G
    St. Charles, IL 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    PHILIP BRZOZOWSKI
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**May 22, 2008**
_____
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE 6/5/08 @ 11:50 am |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Brian Fiebel | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

Served All American Plumbing Inc C/o Reg Agent
John Hoschert at law office C/o Linda Hebert, assistant (w/f
50
b lond
hair)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.    1001 E Main St Ste 6

Name of person with whom the summons and complaint were left:    St Charles IL

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/5/08
_____
Date

_____
Signature of Server

1480 Renaissance #208
Park Ridge IL 60068
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.