**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS BENEFIT FUND, ) | |
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS PENSION FUND, ) | |
| BOARD OF TRUSTEES OF THE ) | |
| NORTHERN ILLINOIS EDUCATION ) | |
| FUND, BOARD OF TRUSTEES OF ) No. 08 C 2977 | |
| THE NORTHERN ILLINOIS ) | |
| RETIREMENT FUND, ) Judge Leinenweber | |
| ) | |
| Plaintiffs, ) Magistrate Judge Valdez | |
| ) | |
| v. ) | |
| ) | |
| ALL AMERICAN PLUMBING, INC., ) | |
| An Illinois Corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, by its attorneys, PHILIP BRZOZOWSKI, DONALD D. SCHWARTZ

and ARNOLD AND KADJAN, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of

Civil Procedure, voluntarily dismiss this case with prejudice.

In support thereof, Plaintiffs state:

1.     This case was filed on May 22, 2008.

2.     Defendant has not yet answered Plaintiff's Complaint.

3.     Defendant not having answered, Plaintiff may voluntarily dismiss the

case.

**WHEREFORE**, Plaintiffs give this notice, dismissing the case without prejudice.

Respectfully submitted,
BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
et al.


By __/s/ Philip Brzozowski_____
                One of its Attorneys


Donald D. Schwartz
Philip Brzozowski
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE | ) | |
| NORTHERN ILLINOIS BENEFIT FUND, | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| NORTHERN ILLINOIS PENSION FUND, | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| NORTHERN ILLINOIS EDUCATION | ) | |
| FUND, BOARD OF TRUSTEES OF | ) No. 08 C 2977 | |
| THE NORTHERN ILLINOIS | ) | |
| RETIREMENT FUND, | ) Judge Leinenweber | |
| | ) | |
| Plaintiffs, | ) Magistrate Judge Valdez | |
| | ) | |
| v. | ) | |
| | ) | |
| ALL AMERICAN PLUMBING, INC., | ) | |
| An Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:     **ALL AMERICAN PLUMBING, INC.
        c/o its registered agent, John J. Hoscheit
        1001 E. Main Street, Ste. G
        St. Charles, IL 60174**

       **PLEASE TAKE NOTICE** that on June 23, 2008, we filed with the United States
District Court for the Northern District of Illinois, Eastern Division, Notice of Voluntary
Dismissal for the Plaintiffs, Trustees of the Northern Illinois Benefit Fund, et al., copies of
which are attached hereto and hereby served upon you.

                                Respectfully submitted,

                                BOARD OF TRUSTEES OF THE
                                NORTHERN ILLINOIS BENEFIT FUND,
                                et al.

                                By: s/ Philip Brzozowski
                                        One of their Attorneys

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that on June 23, 2008 I electronically filed the foregoing Notice of

Filing and Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF

system and to the following by U.S. Mail, postage prepaid:

**ALL AMERICAN PLUMBING, INC.**
**c/o its registered agent, John J. Hoscheit**
**1001 E. Main Street, Ste. G**
**St. Charles, IL 60174**

**s/Philip Brzozowski**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:　(312) 236-0415
Facsimile No.:　(312) 341-0438
Dated:　June 23, 2008