## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2977 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Board of Trustees, et al vs. All American Plumbing Inc. | | |

**DOCKET ENTRY TEXT**

Cause voluntarily dismissed by plaintiffs, pursuant to 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|